UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SUBPOENA ISSUED IN<br><br>*ThePLS .com, LLC. v. The National Association of Realtors*, pending in the Central District of California, Case No. 2:25-cv-05971 | **Misc No. 26-525**<br><br>**Oral Argument Requested** |
| Ashton Alexander, Robert Reffkin, and Cory Perkins,<br><br>Petitioners<br><br>-against-<br><br>The National Association of Realtors,<br><br>Respondent. | |

**NOTICE OF NON-PARTIES ASHTON ALEXANDER, ROBERT REFFKIN, AND CORY PERKINS' MOTION TO QUASH SUBPOENAS ISSUED BY THE NATIONAL ASSOCIATION OF REALTORS AND REQUEST FOR SANCTIONS**

PLEASE TAKE NOTICE that based upon 1) the accompanying Declaration of Eric Fanchiang and the exhibits attached to the declaration, 2) the accompanying Memorandum of Law, and 3) all prior proceedings, Petitioners Ashton Alexander, Robert Reffkin, and Cory Perkins (the "Compass Executives"), will move this Court as soon as counsel can be heard for: (i) an Order quashing the subpoenas issued by the National Association of Realtors ("NAR") in connection with the case *ThePLS.com, LLC. v. The National Association of Realtors*, pending in the Central District of California, Case No. 2:25-cv-05971 (the "Subpoenas") pursuant to Fed. R. Civ. P. 45(d)(1); (ii) awarding the Compass Executives their reasonable expenses and attorneys' fees incurred in responding to the Subpoenas pursuant to Fed. R. Civ. P. 45(d)(1); and (iii)

awarding the Compass Executives any other and further relief as the Court deems appropriate.

The Compass Executives respectfully request that the Court hold oral argument on this Motion.

Dated: October 23, 2026

CROWELL & MORING LLP

By: */s/ William V. Reiss*

William V. Reiss (NY Bar No. 4090379)
wreiss@crowell.com
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 223-4000

Chahira Solh (*pro hac vice* application forthcoming)
csolh@crowell.com
Eric Fanchiang (*pro hac vice* application forthcoming)
efanchiang@crowell.com
3 Park Plaza, 20th Floor
Irvine, CA 92614
(949) 263-8400

*Attorneys for Non-Parties Ashton Alexander, Robert Reffkin, and Cory Perkins*